May 17, 2011

Kristie Marasch
3 Cedar Pt.
Cold Spring, KY 41076
(859)781-7843
markmarasch@insightbb.com

United States Bankruptcy Court
U.S. Federal Courthouse
120 N. Henry Street
P.O. Box 548
Madison, WI 53701

**FILED / RECEIVED**

**MAY 2 4 2011**

8:00 AM
CLERK
U.S. BANKRUPTCY COURT

RE: *In re Kevin M. Sopha*, Bankruptcy Case No. 09-18584
    N7899 Carpenter Creek Rd., Georgetown WI and adjoining lot

We the undersigned respectfully file a motion to object to the sale of real estate property at N7899 Carpenter Creek Rd., Georgetown, WI and the adjoining lot that is named as Real Property in Bankruptcy Case No. 09-18584. The real estate property is jointly owned by 7 individuals. Kevin Sopha, 1/7th owner, has filed a bankruptcy case No. 09-18584 and the Court appointed Trustee, William J. Rameker, has notified the undersigned of his intention to sell the Real Property in order to liquidate Kevin Sopha's 1/7th interest.

1. We have made two good faith offers to purchase the 1/7 portion of this property. These offers were rejected. However, the counter offer was deemed inflated with the consideration of current land value.
2. We have received a Notice of Assessment for the current year and the property has been decreased in value.
3. The property involved is family owned and maintained. The potential sale of this property would create unnecessary financial hardships (court costs, travel expenses, lawyer fees, etc.) on defendants with fixed incomes.
4. This motion to sell this piece of real estate property is creating emotional and physical stress to elderly defendants.

Respectfully,

Alex Sopha: *Alex Sopha*      Date: 5/22/11
Marilyn Sopha: *Marilyn Sopha* Date: 5/22/11
Kristie Marasch: *Kristie R Marasch* Date: 5/20/11
Kay Sattler: *Kay E. Sattler*  Date: 5/22/11
Kirk Sopha: *Kirk E Sopha*     Date: 5/22/11